# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JOHN WILLIE REED, JR.**                                                                **PLAINTIFF**
**ADC #155464**

V.                          CASE NO. 3:13CV00203 BSM

**SHAUN HAIR et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed. It is further certified that an *in forma pauperis* appeal from this judgment would be frivolous and not taken in good faith, and that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 6th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE